JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 577 -- In re The Goodyear Tire & Rubber Company, St. Louis District, Employment Practices Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/11/29 | 1 | MOTION, BRIEF, SCHEDULE (A-1 - A-3), EXHIBITS A-C, CERT. OF SERVICE -- Defendant The Goodyear Tire & Rubber Co. -- SUGGESTED TRANSFEREE DISTRICT: S.D. ILLINOIS (cds) |
| 83/12/09 | | APPEARANCES -- Virginia M. O'Leary for Paula Kuenz and Lyn Eichenseer; Mary Anne Sedey for Jo Ellen Albrecht; John J. Gazzoli for Goodyear Tire & Rubber Co.; Robert G. Johnson for Equal Employment Opportunity Comm. (not included) (emh) |
| 83/12/19 | | HEARING ORDER -- Setting motion of defendant The Goodyear Tire & Tubber Co., for Panel hearing on January 26, 1984, in Atlanta, Georgia. (ds) |
| 83/12/21 | 2 | RESPONSE -- pltf. Ellen Albrecht w/cert. of svc. (ds) |
| 83/12/23 | 3 | RESPONSE -- Plaintiffs Kuenz and Eichenseer -- w/svc. (jsj) |
| 83/12/27 | 4 | REPLY -- Deft. The Goodyear Tire & Rubber Company -- w/cert. of svc. (jsj) |
| 84/01/25 | 5 | REQUEST FOR POSTPONEMENT OF HEARING (Scheduled for 1/26/84) -- Goodyear Tire & Rubber Co. -- w/svc. (emh) |
| 84/01/25 | | ORDER VACATING JANUARY 26, 1984 HEARING pursuant to 28 U.S.C. §1407. (emh) |
| 84/01/26 | | HEARING APPEARANCES: JOHN J. GAZZOLI, JR., ESQ. for The Goodyear Tire & Rubber Co.; MARY ANN SEDEY, ESQ. for Jo Ellen Albrecht; VIRGINIA M. O'LEARY, ESQ. for Paula Kuenz, et al.; and Lyn Eichenseer, et al. (cds) |
| 84/02/24 | | HEARING ORDER -- Setting motion of deft. The Goodyear Tire & Rubber Co. to transfer actions to S.D. Illinois -- in Birmingham, Alabama on March 29, 1984 (emh) |
| 84/03/22 | | ORDER DENYING MOTION AS MOOT AND VACATING HEARING ORDER -- Notified involved judges, clerks, and counsel (cds) |
| 84/03/23 | 6 | LETTER/WITHDRAWING MOTION (advising Panel of transfer of A-1 to E.D. Missouri under Section 1404(a) -- Goodyear Tire & Rubber Co. -- w/svc. (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 577 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In Re The Goodyear Tire & Rubber Company, St. Louis District, Employment Practices Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 3/22/84 | MO | | | | |

Special Transferee Information

DATE CLOSED: 3/22/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 577 -- In re THE GOODYEAR TIRE & RUBBER COMPANY, ST. LOUIS DISTRICT, EMPLOYMENT PRACTICES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lyn Eichenseer, et al. v. The Goodyear Tire & Rubber Co. | S.D.Ill. Foreman | 83-3051 | | | | |
| A-2 | Paula Kuenz, et al. v. The Goodyear Tire & Rubber Co. | E.D.Mo. Hungate | 83-1469-C(3) | | | | |
| A-3 | Jo Ellen Albrecht v. Goodyear Tire Tire and Rubber Co. of Akron Ohio | E.D.Mo. Limbaugh | 83-2286-C(5) | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 577 -- In re The Goodyear Tire & Rubber Company, St. Louis District, Employment Practices Litigation

| | |
|---|---|
| LYN EICHENSEER, ET AL. (A-1)<br>PAULA KUENZ, ET AL. (A-2)<br>Virginia M. O'Leary, Esq.<br>211 E. Columbia<br>P.O. Box 158<br>Oakland City, Indiana 47660<br><br>JO ELLEN ALBRECHT (A-3)<br>Mary Anne Sedey, Esq.<br>2608 S. Kingshighway<br>St. Louis, Missouri 63139<br><br>Intervenor-plaintiff in A-2<br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Robert G. Johnson, Esquire<br>Senior Trial Attorney<br>Equal Employment Opportunity Commission<br>St. Louis District Office<br>625 North Euclid<br>St. Louis, Missouri 63108 | GOODYEAR TIRE & RUBBER COMPANY<br>John J. Gazzoli, Jr., Esq.<br>Lewis & Rice<br>611 Olive Street<br>Suite 1400<br>St. Louis, Missouri 63101 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 577 -- In re The Goodyear Tire & Rubber Company, St. Louis District, Employment Practices Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Goodyear Tire & Rubber Co. | A-1  A-2 |
| Goodyear Tire & Rubber Co. of Akron, Ohio | A-3 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |