JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JAN 25 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 577

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE THE GOODYEAR TIRE & RUBBER COMPANY, ST. LOUIS DISTRICT, EMPLOYMENT PRACTICES LITIGATION

ORDER VACATING JANUARY 26, 1984 HEARING

Movant in this litigation has joined in a request that the Panel postpone the scheduled January 26, 1984 hearing on the motion for transfer in this docket under 28 U.S.C. §1407, so that the parties to the actions included on the motion can seek transfer of actions under 28 U.S.C. §1404(a).

IT IS THEREFORE ORDERED that the Hearing Order and attached Schedule filed on December 19, 1983, as amended on January 5, 1984, be, and the same hereby are, VACATED insofar as they relate to the above-referenced litigation.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR 22 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 577

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE THE GOODYEAR TIRE & RUBBER COMPANY, ST. LOUIS DISTRICT, EMPLOYMENT PRACTICES LITIGATION

ORDER DENYING MOTION AS MOOT
AND
VACATING HEARING ORDER

On November 29, 1983, defendant in this docket moved the Panel, pursuant to 28 U.S.C. §1407, for an order transferring two actions pending in the Eastern District of Missouri to the Southern District of Illinois for coordinated or consolidated pretrial proceedings with one action pending there. Subsequently, the Illinois action was transferred to the Eastern District of Missouri pursuant to 28 U.S.C. §1404(a).

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for centralization of the actions listed on the attached Schedule A be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that the hearing order filed on February 24, 1984, as amended March 5, 1984 and March 16, 1984, and the schedule attached thereto be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

DOCKET NO. 577 - IN RE THE GOODYEAR TIRE & RUBBER COMPANY, ST. LOUIS DISTRICT, EMPLOYMENT PRACTICES LITIGATION

SOUTHERN DISTRICT OF ILLINOIS

Lyn Eichenseer, et al. v. The Goodyear Tire & Rubber Co., Civil Action No. 83-3051

EASTERN DISTRICT OF MISSOURI

Paula Kuenz, et al. v. The Goodyear Tire & Rubber Co., Civil Action No. 83-1469-C(3)

Jo Ellen Albrecht v. Goodyear Tire & Rubber Co. of Akron, Ohio, Civil Action No. 83-2286-C(5)